UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

     Plaintiff/Appellee,                  CASE NO. 24-12476

v.

BRIAN DUBLYNN,

     Defendant/Appellant.

_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME

## CERTIFICATE OF INTERESTED PERSONS

**BROWN, RICHARD O.I.**—Assistant United States Attorney

**GOODMAN, HON. JONATHAN**—United States Magistrate Judge

**GOULD, SYRETA**— United States Probation Officer

**GROSNOFF, NICOLE**—Assistant United States Attorney

**HAAS, ALAN RANDALL**—Co-defendant's attorney

**HAYES, JAMES V.**— United States Department of Justice

**HERNANDEZ, MARK**—Co-defendant

**JONES, REGINALD E.**—United States Department of Justice

**KIRLEW, BRIAN**—attorney for Defendant

**LASERNA, PETER A.**— United States Department of Justice

**LEE, HELEN H.**—United States Department of Justice

**MARKMAN, LIGIA M.**—United States Department of Justice

**MATZKIN, DANIEL**—Assistant United States Attorney

**MAYERSON, LEAH**—Co-defendant's attorney

**MCALILEY, HON. CHRIS M.**—United States Magistrate Judge

**MICHAELS, STEVEN S.**—United States Department of Justice

**OTAZO-REYES, THE HON. ALICIA**—United States Magistrate Judge

**PADILLA, JOAQUIM E.**—Co-defendant's Federal Assistant Public Defender

**PORT, PETER**—Co-defendant

**RABEN, DAVID**—Co-defendant's attorney

**RABIN, SAMUEL JOSEPH**— Co-defendant's attorney

**ROSENBAUM, JOSEPH**—Co-defendant's attorney

**SANFORD, JENNIFER**—Co-defendant

**SINGHAL, THE HON. RAAG**—United States District Judge

**SNIDER, DAVID A.**—United States Department of Justice

**TIBBITT, DANIEL**—attorney for Defendant

**VALLE, ALICIA O.**—United States Department of Justice

**WILLIAMS, THE HON. KATHLEEN M.**—United States District Judge

Undersigned counsel certifies that to my knowledge no publicly traded company or corporation has an interest in the outcome of this appeal.

## MOTION TEXT

Defendant/Appellant, Brian Dublynn, moves for leave to file out of time his Certificate of Interested Persons and his Certificate That No Transcripts Are Being Ordered. Appellant was represented by Brian Kirlew, Esq. at the District Court level and Mr. Kirlew filed the Notice of Appeal and the Transcript Order Form which stated that no transcripts were being ordered in the District Court. Undersigned counsel has filed a temporary appearance. This court issued notices on August 21, 2024 that this appeal would be dismissed after 14 days unless the Court was properly notified whether transcripts were being ordered and a Certificate of Interested Persons and the web-based CIP was filed, and a Motion for Leave to File Out of Time was filed. This is the 14th day from those notices. Defendant/Appellant is filing all required documents contemporaneously with this Motion and moves this Court to accept them out of time.

Undersigned counsel spoke with counsel for the government, Assistant United States Attorney Daniel Matzkin, and this motion is unopposed.

Respectfully submitted,

s/ Daniel Tibbitt_____
DANIEL J. TIBBITT, P.A.
FL Bar No. 816361
1175 NE 125th Street
Suite 404
North Miami, FL 33161

(305) 384-6160
dan@tibbittlaw.com

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitations for motions laid out in Fed. R. App. P. 27(d)(2), and is 168 words in length, and has been prepared using Microsoft Word and is typed in Times New Roman 14 point font.

s/ Daniel Tibbitt_____
Daniel Tibbitt

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2024, I electronically filed the foregoing with the Clerk of Court for the Eleventh Circuit Court of Appeals using the CM/ECF system, and served a copy on all persons registered for electronic service through the CM/ECF system.

s/ Daniel Tibbitt_____
Daniel Tibbitt